JUDGE BATTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :    INDICTMENT

         - v. -                     :    07 Cr.

KAREEM BURKE,                       :    **07 CRIM 1128**

              Defendant.            :

- - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

On or about October 16, 2007, in the Southern District of New York, KAREEM BURKE, the defendant, unlawfully, willfully, and knowingly, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about September 10, 2003, in New York Supreme Court, Bronx County, for Attempted Robbery in the First Degree, in violation of New York Penal Law 160.15, a Class C Felony, did possess in and affecting commerce, a firearm, to wit, a loaded model 733 H&R 32 caliber revolver, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)


_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

KAREEM BURKE,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

12/10/07 Filed Indictment. Case Assigned
to Judge Batts. / Mag. Judge Katz