UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
================================:
UNITED STATES OF AMERICA,         :
                                  :    07-cr-1128 (DAB)
                                  :
— *against* —                     :
                                  :
                                  :    Notice of Motion
KAREEM BURKE,                     :    to Suppress Evidence
                                  :
         Defendant.               :
================================:

    PLEASE TAKE NOTICE that the above named defendant, KAREEM BURKE, by and through his attorney Jeremy F. Orden, Esq., will move this Court before the Hon. Deborah Batts, United States District Judge, Southern District of New York, in the United States Courthouse at 500 Pearl Street, New York, NY, at a time that is convenient to the Court for an order

1. pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure suppressing the evidence seized as the result of an unconstitutional seizure;
2. suppressing any and all the statements made by Defendant to the police as a violation of the accused's Fourth Amendment right not to be arrested in the absence of probable cause; and
3. for such further relief as this Court shall deem just and proper.

Dated: New York, NY
       March 27th, 2008

Yours, *etc*.,

/s/ *Jeremy F. Orden*
JEREMY F. ORDEN, ESQ.
277 Broadway
Suite 1010
New York, NY 10007
Tel.: (212) 406-4100

To: Hon. Deborah Batts
United States District Judge
Southern District of New York

Amy Lester, Esq.
Ass't U.S. Attorney
Southern Dist. of New York

[2]

# CERTIFICATE OF SERVICE

I am Jeremy Orden, Esq., and I make this Affirmation of Service under the laws against perjury of the United States.  On March 27, 2008 I did serve the annexed Notice of Motion and Supporting Papers on Amy Lester, Esq., Assistant U.S. Attorney for the Southern District of New York, by mailing, first class postage pre-paid, to Office of the U.S. Attorney, Southern District of New York, 1 St. Andrews Plaza, New York, NY 10007, the address designated for said service.


Dated:  27 March 2008                              /s/ *Jeremy F. Orden*
            New York, NY                                  Jeremy F. Orden, Esq.

[1]