UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
================================:
UNITED STATES OF AMERICA,        :
                                 :   07-cr-1128 (DAB)
                                 :
— *against* —                    :
                                 :   <u>Affidavit in Support of</u>
                                 :   <u>Notice of Motion</u>
KAREEM BURKE,                    :   <u>to Suppress Evidence</u>
                                 :
         Defendant.              :
================================:

State of New York}
County of New York}        s.s.:

   I am Kareem Burke, the above-named Defendant in this action, and I make this sworn statement in support of the annexed Motion to Suppress evidence.

   On the date in question I had a firearm on my person.

   This firearm was completely obscured by the clothing I was holding in my hands.

   The weapon was, in no way, visible to any observer.

   The police called me over and said, in effect, "Come over here."

   I took a step towards them. I saw at least one of them had their gun drawn. I turned around and proceeded away from them.

They chased after me as I fled from them, I tossed away the gun.

Eventually I was tackled and handcuffed.

/s/_____
Kareem Burke

Sworn to this

___ day of March 2008

_____
Notary Public