```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,

              - against -                    07 Cr. 1128 (DAB)
                                                  ORDER
KAREEM BURKE,
                   Defendant.
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/2008

DEBORAH A. BATTS, United States District Judge.

On August 20 and 21, 2008, the Court held a Suppression Hearing in the above captioned matter. Based on the sworn testimony of Defendant Kareem Burke and statements by his Defense counsel, Jeremy F. Orden, Esq., the Court finds that it would not be appropriate for Mr. Orden to continue to represent Mr. Burke in this matter. Accordingly, Mr. Orden is hereby relieved as counsel for Mr. Burke in this case.

The Government is directed to present Mr. Burke in Magistrates Court early next week for the appointment of a CJA attorney who is not conflicted out of this case. Upon appointment of new counsel, the Government is to notify the Court and Mr. Orden immediately. Mr. Orden shall turn over the file in this case to the new CJA counsel by the end of next week.

The conference scheduled for September 9, 2008 at 2:30 PM shall go forward as scheduled with new counsel.

SO ORDERED.

Dated:   New York, New York
         August 22, 2008

                                    _____
                                    DEBORAH A. BATTS
                                    United States District Judge